## ADDENDUM TO SETTLEMENT AGREEMENT AND RELEASE

Plaintiff John A. Diaz ("Diaz"), on behalf of himself and the Settlement Class (as defined in the parties' Settlement Agreement, ECF No. 17), and Defendant Chapters Health Systems, Inc. ("Chapters Health") enter into this Addendum to the Settlement Agreement and Release executed in this action (ECF No. 17) for the purpose of providing agreed upon revisions to the settlement notices in this matter. The Parties agree to use the revised settlement notices attached as Exhibits A and B to this Addendum in the place of the original settlement notices attached as Exhibits 2 and 3 to the Settlement Agreement.

In witness whereof, the Parties have caused this Addendum to be duly executed by themselves or by their duly authorized representatives:

Dated: 2-24-20

John A. Diaz
*Plaintiff and Class Representative*

Dated: February 19, 2020

Chapters Health System, Inc.

Title: President/CEO