UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOHN A. DIAZ, individually and
on behalf of others similarly situated,

    Plaintiff,

v.                                           Case No. 8:18-cv-3052-T-36SPF

CHAPTERS HEALTH SYSTEM, INC.,

    Defendants.

_____/

**ORDER**

This matter comes before the Court upon the parties' Agreed Motion for Entry of Confidentiality and Protective Order Regarding Subpoena to Citibank, N.A. (Doc. 53). The incorporated stipulated confidentiality agreement regarding a subpoena to Citibank, N.A. sets forth the process by which the parties agree, in order to facilitate compliance with the subpoena, to handle the production of documents. For the purposes of discovery and preventing the parties from litigating the issue of confidentiality as to each document, the parties' stipulated confidentiality agreement (Doc. 53) serves a useful purpose. As such, the Court finds good cause to issue the protective order. *See* Fed R. Civ. P. 26(c). Accordingly, upon due consideration, it is hereby

**ORDERED**:

The parties' Agreed Motion for Entry of Confidentiality and Protective Order Regarding Subpoena to Citibank, N.A. (Doc. 53) is **GRANTED**, and the proposed method by which the parties agree to handle the exchange and protection of confidential and

proprietary information (Doc. 53) is **APPROVED** and incorporated herein with the following clarifications:

(1) This Court's jurisdiction to enforce the terms of the agreement shall terminate upon a final determination of this action.

(2) In accordance with the policy of the Middle District of Florida, when a party seeks to file a document under seal, the Court shall determine the matter upon motion by the party in conformance with Local Rule 1.09, which sets forth the procedures to be followed when a party seeks leave to file under seal. *See* L.R. 1.09, M.D. Fla.

(3) More specifically, in regard to paragraph 14 of the parties' agreement, if a party files a document with confidential information redacted therefrom, instead of providing the Judge with an unredacted copy of the document, the party should seek to file the unredacted copy of the document under seal as discussed in paragraph (2) above.

**ORDERED** in Tampa, Florida, this 6th day of March 2020.

SEAN P. FLYNN
UNITED STATES MAGISTRATE JUDGE