**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JOHN A. DIAZ,

    Plaintiff,

v.                                                            CASE No. 18-cv-03052-CEH-SPF

CHAPTERS HEALTH SYSTEM, INC.,

    Defendant.

_____/

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE**
**TO FILE AMENDED COMPLAINT NUNC PRO TUNC**

Plaintiff, John A. Diaz, though his undersigned counsel and pursuant to Federal Rules of Civil Procedure 15(a)(2) and 16(b)(4), and mindful of the Court's April 16, 2019 Scheduling Order, hereby moves this Court for an Order granting leave to amend the complaint nunc pro tunc to add certain allegations supporting Article III jurisdiction not included in the original complaint.

The Federal Rules of Civil Procedure provide that leave to amend a pleading "shall be given when justice so requires." Fed. R. Civ. P. 15(a). Although the decision to grant or deny leave to amend a complaint is committed to the sound discretion of the court, leave should, consistent with the language of Rule 15(a), be "liberally granted." *Burger King Corp. v. Weaver*, 169 F.3d 1310, 1319 (11th Cir. 1999). The United States Supreme Court has articulated the following standard to be applied in evaluating whether to grant or deny leave to amend:

> "In the absence of any apparent or declared reason—such as undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, futility of amendment, etc.—the leave sought should, as the rules require, be 'freely given.'"

*Foman v. Davis*, 371 U.S. 178, 183, 83 S.Ct. 227, 9 L.ed.2d 222 (1962).

In this case, Plaintiff's reason for filing his amended complaint stems from certain concerns addressed during the recent Eleventh Circuit *en banc* hearing in the case of *Muransky v. Godiva Chocolatier, Inc.*, No. 16-16486 (11th Cir. Filed Oct. 11, 2016). *Muransky* bears directly on the factual allegations necessary to establish Article III jurisdiction in a FACTA case—factual allegations that may directly relate to Article III jurisdiction in this case.

Defendant is in agreement with the proposed amendment; no person with an interest in the outcome of this action will be unduly prejudiced by the amendment. This motion is in no way brought in bad faith or with dilatory motive; it will cause no undue delay to final resolution of this case.

The parties further agree that Defendant's answer to amended complaint shall be held in abeyance, and that Defendant's answer to the original complaint will stand (as there are no changes in the number of paragraphs in the proposed amended complaint.

Finally, by filing an amended complaint, the parties in no way suggest or request that the amended complaint have any effect on the Court's previously entered Orders or subsequent deadlines.

WHEREFORE, Plaintiff respectfully requests that the Court enter an order granting Plaintiff leave to amend nunc pro tunc.

**Certification of Compliance with Local Rule 3.01(g)**

Pursuant to M.D. Fla. Local Rule 3.01(g), undersigned counsel has conferred with opposing counsel; and said counsel has no opposition to the relief requested in this motion, nor with the proposed amendments to the complaint,

Respectfully submitted,

s/ *Scott D. Owens*
Scott D. Owens, Esq.
Scott D. Owens, P.A.
3800 S. Ocean Dr., Ste. 235
Hollywood, FL 33019
Tel: 954-589-0588
Fax: 954-3370-666
scott@scottdowens.com

DATED: March 13, 2020

**CERTIFICATE OF SERVICE**

I hereby certify that on March 13, 2020, I electronically filed the foregoing document with the Clerk of this Court using the CM/ECF. I also certify that the foregoing document is being served this date via US mail and/or some other authorized manner for those counsel or parties on the service list below, if any, who are not authorized to received electronically Notices of Electronic Filing.

By: s/ *Scott D. Owens*
Scott D. Owens, Esq.

**SERVICE LIST**

Aaron S. Weiss
Carlton Fields, P.A.
100 Southeast Second Street, Suite 4200
Miami, Florida 33131
aweiss@carltonfields.com