**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JOHN A. DIAZ,

    Plaintiff,

v.                                      CASE No. 18-cv-03052-CEH-SPF

CHAPTERS HEALTH SYSTEM, INC.,

    Defendant.
_____/

**PLAINTIFF'S SUPPLEMENT TO RULE 3.01(g) CONFERRAL ON MOTION TO COMPEL WELLS FARGO TO COMPLY WITH PLAINTIFF'S SUBPOENA TO PRODUCE CLASS MEMBER DATA**

Plaintiff, John A. Diaz, though his undersigned counsel, hereby notifies the Court that he has conferred with and remains in contact with Wells Fargo's counsel on this motion, W. Patrick Ayers of Burr & Forman, LLP.

The parties have not yet been able to resolve the issues presented in the motion.

                                              Respectfully submitted,

                                              s/ *Scott D. Owens*
                                              Scott D. Owens, Esq.
                                              Scott D. Owens, P.A.
                                              3800 S. Ocean Dr., Ste. 235
                                              Hollywood, FL 33019
                                              Tel: 954-589-0588
                                              Fax: 954-3370-666
                                              scott@scottdowens.com

DATED: March 24, 2020

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2020, I electronically filed the foregoing document with the Clerk of this Court using the CM/ECF. I also certify that the foregoing document is being served this date via US mail and/or some other authorized manner for those counsel or parties on the service list below, if any, who are not authorized to received electronically Notices of Electronic Filing.

By: s/ *Scott D. Owens*
Scott D. Owens, Esq.

## SERVICE LIST

W. Patrick Ayers
Burr & Forman, LLP
201 North Franklin Street, Suite 3200
Tampa, Florida 33602
payers@burr.com