**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JOHN A. DIAZ, individually, and on
behalf of others similarly situated,

    *Plaintiff*,

**CASE NO. 8:18-cv-03052-T-36SPF**

v.

CHAPTERS HEALTH SYSTEM, INC.,

    *Defendant*.

_____

**AMENDED ORDER CERTIFYING SETTLEMENT CLASS,**
**GRANTING PRELIMINARY APPROVAL OF SETTLEMENT,**
**AND DIRECTING NOTICE TO THE CLASS**

Having considered Plaintiff's Unopposed Motion to Extend Certain Deadlines to Allow Non-Parties Bank of America and Wells Fargo to Fully Comply with Subpoenas and to Facilitate Proper Notice to Class Members (Doc. 63), filed on March 30, 2020, and for good cause shown, the Court will grant Plaintiff's Unopposed Motion. The following deadlines for issuing notice and submitting claims and objections shall apply to this case.

| | |
|---|---|
| **May 22, 2020** | Deadline for notice of the Settlement to be sent to the Settlement Class Members |
| **June 5, 2020** | Plaintiff to file attorney fee petition |
| **June 22, 2020** | Deadline for Settlement Class Members to request exclusion or file objections (Opt-Out and Objection Deadline) |
| **June 22, 2020** | Deadline for Settlement Class Members to submit a Settlement Claim Form (Claim Deadline) |

| | |
|---|---|
| **July 13, 2020** | Deadline for Parties to file the following:<br>(1) List of persons who made timely and proper Requests for Exclusion (under seal);<br>(2) Proof of Class Notice; and<br>(3) Motion and memorandum in support of final approval, including responses to any objections. |
| **August 6, 2020 at 11:00 a.m.** | Final Approval Hearing |

All other provisions of the Order Certifying Settlement Class, Granting Preliminary Approval of Settlement, and Directing Notice to the Class (Doc. 35) continue to apply.

**DONE and ORDERED** in Tampa, Florida, this 1st day of April 2020.

Charlene Edwards Honeywell
United States District Judge

cc: counsel of record